| | |
|---|---|
| 1 | Mark R. Seiden (Admitted *pro hac vice*) |
| 2 | mrseiden@jonesday.com<br>JONES DAY |
| 3 | 250 Vesey Street<br>New York, New York 10281 |
| 4 | Telephone: +1.212.326.3939 |
| 5 | BROWN WEGNER LLP<br>Matthew K. Wegner (SBN 223062) |
| 6 | mwegner@brownwegner.com<br>William J. Brown, Jr. (SBN 192950) |
| 7 | bill@brownwegner.com<br>Jason P. Tkaczuk (SBN 341143) |
| 8 | jtkaczuk@brownwegner.com<br>2010 Main Street, Suite 1260 |
| 9 | Irvine, California 92614<br>Telephone: 949.705.0080 |
| 10 | Attorneys for Defendants |
| 11 | IT'S JUST LUNCH INTERNATIONAL LLC and<br>IJL US LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNE VRUGTMAN, TAMMY GILLINGWATER, and NICOLE KRUZICK, individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IT'S JUST LUNCH INTERNATIONAL LLC, IJL US LLC, IJL CANADA INC.,<br><br>Defendants. | **Case No. 5:20-cv-02352 JGB-SP**<br><br>**DEFENDANTS IT'S JUST LUNCH INTERNATIONAL LLC AND IJL US LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT DECLARATIONS IN SUPPORT; [PROPOSED] ORDER; [PROPOSED] JUDGMENT**<br><br>**Date of Hearing:** 06/26/2023<br>**Time:** 9:00 AM<br>**Courtroom:** 1 (Riverside)<br>**Before the Hon. Jesus G. Bernal**<br><br>Date filed:            11/11/2020<br>Discovery Cut-off:   03/27/2023<br>Final Pretrial Conf:  06/26/2023<br>Jury Trial:              07/11/2023 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 26, 2023 at 9:00 a.m., in Courtroom 1 of the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, before the Honorable Jesus G. Bernal, Defendants It's Just Lunch International LLC and IJL US LLC (collectively "IJL") will, and hereby do, move this Court for an order granting IJL's Motion for Summary Judgment.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place by telephone on May 8, 2023.

Nine claims in Plaintiffs' Second Amended Complaint survived IJL's motion to dismiss, Counts 1-6 and 8-10: Violation of the California Consumer Legal Remedies Act; Unfair Competition; False Advertising; California Statutory Fraud and Actual Fraud; Nevada Deceptive Trade Practices Act; Fraudulent Inducement; Common Law Fraud; and Unjust Enrichment.

IJL moves for summary judgment on all claims because Plaintiffs cannot meet their burden to prove that IJL misled them by promising, but failing to provide, personalized matchmaking services. There can be no genuine dispute on this material factual element of the claims that IJL provided personalized matchmaking services to Plaintiffs.

IJL moves for summary judgment on all claims for a separate, independent reason. Plaintiffs seek to recover the entirety of what that each Plaintiff paid to IJL, but there can be no genuine dispute on the material factual issue of damages because Plaintiffs cannot meet their burden to prove that IJL's service was worth zero to each Plaintiff.

IJL bases this Motion on this Notice, the Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, declarations of Matthew K. Wegner, Julie Yarworth, Sandra Hatton, and Mike Epstein, and evidence accompanying the declarations, and such other and future papers and arguments as may be submitted to the Court in connection with this Motion.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 15, 2023 | BROWN WEGNER LLP |
| 3 | | |
| 4 | | /s/ Matthew K. Wegner |
| 5 | | Matthew K. Wegner<br>Attorneys for Defendants<br>IT'S JUST LUNCH INTERNATIONAL LLC and IJL US LLC |

# CERTIFICATE OF SERVICE

***Vrugtman, et al. v. It's Just Lunch International LLC, et al.***
**No. 5:20-cv-02352-JGB-SP, C.D. Cal.**

The undersigned hereby certifies that on this date, the foregoing document and its attachments filed electronically using the Court's CM/ECF System are served on counsel of record pursuant to the Federal Rules of Civil Procedure through the Court's Notice of Electronic Filing generated by the CM/ECF System, per L.R. 5-3.2.1.

Dated: May 15, 2023                         /s/ Matthew K. Wegner
                                                              Matthew K. Wegner