UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-02352-JGB (SPx) | Date | June 12, 2023 |
|---|---|---|---|
| Title | Rosanne Vrugtman et al. v. It's Just Lunch International LLC | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | | |
|---|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|

**Proceedings:**   **(In Chambers) Order Granting Sanctions in Connection with Defendants' Motion to Compel**

    On January 6, 2023, defendants It's Just Lunch International LLC and IJL US LLC filed a motion to compel plaintiffs Rosanne Vrugtman, Tammy Gillingwater, and Nicole Kruzick to produce documents, answer interrogatories, and pay sanctions.  Docket no. 54.  As described in the court's March 2, 2023 order, plaintiffs did not respond to defendants' meet and confer efforts, provide their portion of the joint stipulation, or file an opposition to defendants' motion, even after being granted additional time to file a response.  In light of plaintiffs' failure to respond to the motion, and because the court found plaintiffs' discovery responses were insufficient, on March 2 the court ordered plaintiffs to provide supplemental responses without objections to defendants' requests for production (RFPs) and interrogatories, and to produce all documents in their possession, custody, or control responsive to those RFPs, by March 16, 2023.  Docket no. 59.

    With respect to defendants' request for sanctions, the court found defendants were the prevailing parties, the motion was entirely necessitated by plaintiffs' failure to attend to their discovery obligations even after defendants repeatedly reached out to them, and therefore an award of expenses under Federal Rule of Civil Procedure 37(a)(5) was entirely justified.  *Id.*  But the court also found it could not evaluate defendants' fee request without additional information, and so directed defendants to file a supplemental declaration with any records of the fees and costs incurred on this motion.  Defendants did so on March 17, 2023, filing the Supplemental Declaration of Matthew K. Wegner and an exhibit of pertinent billing records.  Docket no. 63.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-02352-JGB (SPx) | Date | June 12, 2023 |
|---|---|---|---|
| Title | Rosanne Vrugtman et al. v. It's Just Lunch International LLC | | |

    Attorney Wegner declares that he and associate Martin Carbajal billed defendants for $5,287 in fees on this discovery matter. Wegner Supp. Decl. ¶ 2. Wegner spent 5.5 hours at a rate of $550 per hour, and Carbajal spent 5.8 hours at a rate of $390 per hour preparing the motion to compel. *Id.* ¶¶ 2-4, Ex. A. These rates and hours spent are reasonable in light of their experience, the issues presented, and the number of discovery requests at issue in this motion to compel.

    Accordingly, the court now orders that plaintiffs must pay sanctions of $5,287.00 to defendants on or before June 30, 2023.