Mark R. Seiden (Admitted *pro hac vice*)
  mrseiden@jonesday.com
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: +1.212.326.3939

BROWN WEGNER LLP
Matthew K. Wegner (SBN 223062)
  mwegner@brownwegner.com
William J. Brown, Jr. (SBN 192950)
  bill@brownwegner.com
Jason P. Tkaczuk (SBN 341143)
  jtkaczuk@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Attorneys for Defendants
IT'S JUST LUNCH INTERNATIONAL LLC and
IJL US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNE VRUGTMAN, TAMMY GILLINGWATER, and NICOLE KRUZICK, individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IT'S JUST LUNCH INTERNATIONAL LLC, IJL US LLC, IJL CANADA INC.,<br><br>Defendants. | **Case No. 5:20-cv-02352 JGB-SP**<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Date filed:            11/11/2020<br>Discovery Cut-off:     03/27/2023<br>Final Pretrial Conf:   06/26/2023<br>Jury Trial:            07/11/2023 |

Pursuant to the Court's [50] Civil Trial Scheduling Order, Defendants It's Just Lunch International LLC and IJL US LLC (collectively, "Defendants") request the following special questions or topics be put to prospective jurors by the Court on voir dire. While Defendants have made every effort to identify follow-up questions, they request the right to ask modified or additional follow-up questions upon hearing jurors' responses to these questions.

1. Do you know any of the attorneys or parties to this case?
2. What is your current job?
3. What other jobs, prior to your current (or most recent) job, have you had?
4. Do you have children? What are their ages and occupations?
5. What are the occupations of your extended family members (parents, brothers, and sisters)?
6. Do you have any friends or relatives who are judges or attorneys?
7. Do any other adults (not limited to spouses) live in your household? (If yes, the following follow-up questions are requested:)
   a. What are their educational backgrounds?
   b. What are their occupations?
8. Have you or any members of your family or close friends ever filed a lawsuit? (If yes, the following follow-up questions are requested:)
   a. If yes, who filed?
   b. What was the suit about?
   c. How was it resolved?
   d. What were your feelings about the process at the conclusion of the case?
9. Have you or members of your family or close friends ever been sued? (If yes, the following follow-up questions are requested:)
   a. If yes, who filed?
   b. What was the suit about?

|   |   |   |
|---|---|---|
| c. | How was it resolved? |
| d. | What were your feelings about the process at the conclusion of the case? |

10. Have you ever served as a juror?
    a. Was it a civil or a criminal case?
    b. Did you get a chance to deliberate?
    c. Were you the foreperson of the jury?
11. How did you feel about that experience?
12. Have you ever received a notice of class settlement addressed to you?
    a. If yes, what did you do with it?
    b. What kind of product or service was it?
13. Do you think there are too many lawsuits today? (If yes, the following follow-up questions are requested:)
    a. In your view, why do you think there are too many lawsuits?
14. Have you ever used a matchmaking service? (If yes, the following follow-up questions are requested:)
    a. What kind?
    b. What was it called?
    c. What was your impression of it?
15. Have you known anyone that had a bad experience with a matchmaking service? (If yes, the following follow-up questions are requested:)
    a. What happened?
    b. Was there a resolution to the situation?
16. Have you ever been in a situation where you felt you paid for a service, but did not receive what you were promised? (If yes, please briefly explain.)
    a. How did you handle the situation?
    b. Was the situation resolved?

1. 17. Do you believe that a corporation is entitled to the same rights in court as an individual person?

DATED: June 12, 2023          BROWN WEGNER LLP

/s/ Matthew K. Wegner
Matthew K. Wegner
Attorneys for Defendants
IT'S JUST LUNCH INTERNATIONAL LLC and
IJL US LLC

# CERTIFICATE OF SERVICE

*Vrugtman, et al. v. It's Just Lunch International LLC, et al.*
No. 5:20-cv-02352-JGB-SP, C.D. Cal.

The undersigned hereby certifies that on this date, the foregoing document filed electronically using the Court's CM/ECF System is served on counsel of record pursuant to the Federal Rules of Civil Procedure through the Court's Notice of Electronic Filing generated by the CM/ECF System, per L.R. 5-3.2.1.

Dated: June 12, 2023                     /s/ Matthew K. Wegner
                                        Matthew K. Wegner