John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Admitted Pro hac vice*

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile:   (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSANNE VRUGTMAN, TAMMY GILLINGWATER**, and **NICOLE KRUZICK,** individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>–against–<br><br>**IT'S JUST LUNCH INTERNATIONAL LLC**, IJL US LLC, IJL CANADA INC.<br><br>Defendants. | **Case No. 5:20-cv-02352 JGB-SP**<br><br>**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Date filed:          11/11/2020<br>Discovery Cut-off:   03/27/2023<br>Final Pretrial Conf.: 06/26/2023<br>Jury Trial:          07/11/2023 |

## **PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS RELATING TO JURORS' BACKGROUND**

Plaintiffs Rosanne Vrugtman, Tammy Gillingwater, and Nicole Kruzick respectfully submit the following voir dire questions for the Court's consideration:

1.   Have you ever participated in a class action, either as a representative plaintiff or as a class member?

2.   Have you ever received a notice concerning your status as a member in a class action?

3.   Do you have any strong feelings on class action cases?

4.   Do you have any strong feelings concerning lawyers who represent clients in class action cases?

5.   Do you know anyone who has met a partner through a dating service?

6.   Do you have any strong feeling concerning people who use dating services?

7.   Do you have any strong feeling concerning people who pay in excess of $2,000 for membership with a dating service?

Dated: New York, New York

June 12, 2023

By: _____

John G. Balestriere*

Matthew W. Schmidt (Cal. Bar No. 302776)*

**BALESTRIERE FARIELLO**

225 Broadway, 29th Floor

New York, New York 10007

Telephone:       (212) 374-5401

Facsimile:       (212) 208-2613

john.balestriere@balestrierefariello.com

matthew.schmidt@balestrierefariello.com

*Attorneys for Plaintiffs and the Classes*

*\*Admitted Pro Hac Vice*

Anastasia K. Mazzella (Cal. Bar. No. 245201)

**KABATECK LLP**

633 West Fifth Street, Suite 3200

Los Angeles, California 90071

Telephone: (213) 217-5007

Facsimile: (213) 217-5010

am@kbklawyers.com

*Attorneys for Plaintiffs and the Classes*