JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNE VRUGTMAN, an individual, and for all others similarly situated, TAMMY GILLINGWATER, an individual, and for all others similarly situated, and NICOLE KRUZICK, individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IT'S JUST LUNCH INTERNATIONAL LLC, IJL US LLC, and IJL CANADA INC.,<br><br>Defendants. | Case No. 5:20-cv-2352-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the "Order Granting Defendants' Motion for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the Motion for Summary Judgment (Dkt. No. 84) filed by IT'S JUST LUNCH INTERNATIONAL LLC and IJL US LLC, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety;
2. Final judgment be **ENTERED** in favor of Defendants;

3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: August 25, 2023

_____
Honorable Jesus G. Bernal
United States District Judge