

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSANNE VRUGTMAN; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>IT'S JUST LUNCH INTERNATIONAL, LLC; et al.,<br><br>        Defendants-Appellees. | No.   23-55809<br><br>D.C. No. 5:20-cv-02352-JGB-SP<br>Central District of California, Riverside<br><br>ORDER |

The parties' stipulated motion (Docket Entry No. 14) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

OSA107